IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRENT E. BROZEK,

    Plaintiff,

v.

MIKE DENTICE, BADGER CAB,
MENTAL HEALTH CENTER OF DANE
COUNTY, JIM BLACK, DANE COUNTY
CORPORATION COUNSEL, GAELEN
STREBE, MENDOTA MENTAL HEALTH
INSTITUTE, UNIVERSITY HOSPITAL OF
WISCONSIN, JUDGE WILLIAM C.
FOUST, UNSPECIFIED COURT
COMMISSIONER FROM 06/2009,
MADISON POLICE DEPARTMENT,
SOAR CASE MANAGEMENT and
ADAM STROM,

    Defendants.

JUDGMENT IN A CIVIL CASE

13-cv-43-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for failure to state a claim upon which relief may be granted.

    /s/                                           5/28/2013

Peter Oppeneer, Clerk of Court                Date